IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIERNO KANOUTE,<br><br>  Petitioner,<br><br>  v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et. al.,<br><br>  Respondents. | No. 1:25-CV-01694-TLN-DMC (HC)<br><br>ORDER |

Petitioner, an immigration detainee who is proceeding pro se, filed a petition for a writ of habeas corpus to 28 U.S.C. § 2241. Pending before the Court is Petitioner's motion to appoint counsel, ECF No. 3.

In light of the complexity of the legal issues involved, the court has determined that the interests of justice require the appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Thus, Petitioner's motion for the appointment of counsel, ECF No. 3, will be granted. Within seven days of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to **JPalmer@caed.uscourts.gov** and counsel will be added as counsel for petitioner. If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, within seven days of this Order the Federal Defender shall file a motion to

1  appoint counsel as CJA counsel pro hac vice.

2          Accordingly, it is HEREBY ORDERED THAT:

3          1.     Petitioner's motion to appoint counsel, ECF No. 3, is GRANTED;

4          2.     Within seven days of this order, appointing authority for the Eastern

5  District of California shall identify counsel and send counsel's contact information to

6  **jpalmer@caed.uscourts.gov** or, if counsel is not a member of the Eastern District of California

7  Criminal Justice Act Panel, the Federal Defender shall file a motion to appoint counsel as CJA

8  counsel pro hac vice.

10  Dated: December 12, 2025

                                      DENNIS M. COTA
                                      UNITED STATES MAGISTRATE JUDGE