IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIERNO KANOUTE, <br><br> Petitioner, <br><br> v. <br><br> GOLDEN STATE ANNEX DETENTION FACILITY, et. al., <br><br> Respondent. | No. 1:25-CV-01694-TLN-DMC (HC) <br><br> ORDER |

   Petitioner, an immigration detainee filed an application to proceed in forma pauperis. See ECF No. 11. Examination of the in forma pauperis application reveals that Petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

   IT IS SO ORDERED.

Dated:  December 22, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE