IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIERNO KANOUTE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GOLDEN STATE ANNEX DETENTION FACILITY, et. al.,<br><br>　　　　Respondents. | No. 1:25-CV-01694-TLN-DMC (HC)<br><br>ORDER |

　　　　Petitioner, an immigration detainee proceeding with counsel, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.

　　　　Parties were directed to meet and confer and submit a proposed briefing schedule on the habeas petition by January 14, 2026. See ECF No. 14. In response to that order, Petitioner filed a status report informing the Court that during their meeting, parties determined that records from U.S. Immigration and Customs Enforcement (ICE) regarding Petitioner are necessary to understand a reasonable briefing schedule. See ECF No. 15. Respondents "indicated that the requested records will be produced once received from ICE," and therefore, parties request that a proposed briefing schedule be filed within seven days of the production of those documents. See id.

///

1 | In light of parties' desire to review the relevant documents to provide the Court with a reasonable briefing schedule for this action, the Court will order such documents be produced on or before January 17, 2026, and a proposed briefing schedule be filed within seven days of the date of production of those documents.

IT IS SO ORDERED.

Dated:  January 8, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE