**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

THIERNO KANOUTE,

        Petitioner,

    v.

GOLDEN STATE ANNEX DETENTION
FACILITY, et. al.,

        Respondents.

No. 1:25-CV-01694-TLN-DMC-HC

ORDER

Petitioner, an immigration detainee proceeding with counsel, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.

The Court ordered Respondents' to provide the documents requested by Petitioner by January 17, 2026, and parties were directed to file a proposed briefing schedule within seven days of the production of those documents. See ECF No. 16. Given parties have not informed the Court of the status of document production nor filed a proposed briefing schedule, the Court will issue the following briefing schedule. Respondent will be directed to show cause why the writ should not be granted by filing an answer/return within 14 days from the date of this order. See 28 U.S.C. § 2243. Petitioner may file a reply/traverse to the answer/return within 7 days after being served a copy of it.

/ / /

1

In accordance with the above, IT IS HEREBY ORDERED that:

1.      Respondent is directed to file an answer/return within 14 days from the date of this order.  If an answer/return is filed, Respondent shall include with the answer/return any and all transcripts or other documents relevant to the determination of the issues presented in the application.

2.      Petitioner's reply/traverse, if any, is due within 7 days after being served a copy of Respondent's answer/return.

IT IS SO ORDERED.

Dated:  February 3, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE